UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Eric Stephen Southgate, | : |
|     Plaintiff, | : |
| | : |
|         v. | :   Civil No. 2:14-CV-166 |
| | : |
| Carolyn W. Colvin, Acting | : |
| Commissioner of Social Security, | : |
|     Defendant. | : |

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed October 9, 2015. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Motion for Order Reversing the Decision of Commissioner (Doc. 9) is **GRANTED**, in part and the Commissioner's Motion for Order Affirming Decision of Commissioner (Doc. 15) is **DENIED.** It is further ordered that the matter is REMANDED for further proceedings and a new decision.

Dated at Burlington, in the District of Vermont, this 28th day of October, 2015.

                                          /s/ William K. Sessions III
                                          William K. Sessions III
                                          U.S. District Court Judge